**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1749**

In Re:  RONALD SHERRILL WILKERSON,

              Petitioner.

On Petition for Writ of Habeas Corpus.
(3:94-cr-00058-H-1)

Submitted:  November 18, 2010     Decided:  November 24, 2010

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition dismissed by unpublished per curiam opinion.

Ronald Sherrill Wilkerson, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Sherrill Wilkerson filed a petition for an original writ of habeas corpus challenging the sentences he received in 1995 for his firearms convictions. This court ordinarily declines to entertain original habeas petitions filed under 28 U.S.C. § 2241 (2006), and this case provides no reason to depart from the general rule. Moreover, we find that the interests of justice would not be served by transferring the case to the district court.[*] See 28 U.S.C. § 1631 (2006); Fed. R. App. P. 22(a). Accordingly, we deny Wilkerson's motion to proceed in forma pauperis and dismiss the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] The district court has previously denied Wilkerson's motion for post-conviction relief filed pursuant to 28 U.S.C.A. § 2255 (West Supp. 2010). This court denied a certificate of appealability and dismissed the appeal. See United States v. Wilkerson, No. 99-6799, 1999 WL 617862 (4th Cir. Aug. 11, 1999) (unpublished). Should Wilkerson seek to file a second or successive § 2255 motion in the district court, he must seek authorization from this court to do so. See 28 U.S.C. § 2244(b)(3) (2006).